Performance Plus Medical, P.C., as Assignee of Suekia Allen-Green, Appellant,
against
MVAIC, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered August 8, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted a motion by defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) for summary judgment dismissing the complaint.
Contrary to plaintiff's sole argument on appeal, defendant sufficiently established that plaintiff had failed to submit its claim forms to MVAIC within 45 days after the services at issue had been rendered. As a result, MVAIC's motion for summary judgment dismissing the complaint was properly granted (see 11 NYCRR 65-1.1; Bajaj v MVAIC, 49 Misc 3d 145[A], 2015 NY Slip Op 51661[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]).
Accordingly, the order is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: June 23, 2016